**EXHIBIT 6**

Your Current Reference ID: **DOJ**
1 result found for people who have used SSN:  in the United States.

 VIDEO E-TRAINING

ROB TURNBULL III, ███ Years Old (Arizona, Wisconsin, Missouri, Michigan, Illinois, Virginia)

| | | | |
|---|---|---|---|
| ROB TURNBULL III (10/29/2002 to 05/25/2013)<br>ROBERT ARTHUR TURNBULL (12/01/1990 to 01/01/2013)<br>ROBERT ARTHUR TURNBULL III (12/01/1987 to 01/01/2013)<br>ROBERT N TURNBULL III (12/01/1995 to 12/01/2007)<br>ROB TURNBULL (10/29/2002)<br>ROBERT ARTHUR TURNBULL II (06/01/1990)<br>ROBERT ARTHUR JOHN TURNBULL III | **Relationship Diagram**<br>**Possible Relatives**<br>Michelle Reanne Mathews 06/1969 Age: 44<br>Brenda Joyce Turnbull 08/1950 Age: 63<br>Robert Aj Turnbull 04/1946 Age: 67<br><br>**Indicators**<br>Bankruptcies: None Found<br>Liens: None Found<br>Judgments: None Found<br>Utilities: 1 Found | **Cities**<br>Phoenix, AZ (02/1997 to 07/2013)<br>Scottsdale, AZ (08/2001 to 12/2009)<br>Tempe, AZ (08/14/1996 to 11/30/2009)<br>Carbondale, IL (01/28/1992 to 09/09/1996)<br>Flint, MI (01/1990 to 04/20/2000)<br>Kansas City, MO (04/1989 to 10/28/2000)<br>New York, NY (04/1989)<br>Norfolk, VA (01/1990 to 06/1995)<br>Milwaukee, WI (03/2010 to 05/25/2013) | **Counties**<br>Maricopa County, AZ (08/14/1996 to 07/2013)<br>Jackson County, IL (01/28/1992 to 09/09/1996)<br>Genesee County, MI (01/1990 to 04/20/2000)<br>Jackson County, MO (04/1989 to 10/28/2000)<br>Norfolk City County, VA (01/1990 to 06/1995)<br>Milwaukee County, WI (03/2010 to 05/25/2013) |

**Other Observed Names**
ROBERT A TURNBILL III (02/05/1998)
ROBERTA J TURNBULL (12/01/1991 to 06/01/1992)
ROBERT ARTHUR JOHN TURNBILL III

SSN: ███████ [Copy]
Issued: MICHIGAN 1976

**Date of Birth**
DOB: ███ [Copy]
Age: ██

**Possible Other Phones**
███████ (ET) (L) (100%)
███████ (MT) (L) (81%)
███████ (MT) (M) (32%)
███████ (MT) (M) (30%)
███████ (ET) (25%)

Run Super Phone Report

**Possible Email Addresses**
Check Social Networks for All


---

**Address History (325 of 25)**   [ Show Carriers ]
✓ 4501 N 40TH ST, PHOENIX, AZ 85018-3627 (MARICOPA COUNTY) (10/2002 to Present)
Subdivision Name: THREE FOUNTAINS
   Address contains: 40 apartments
      2 Current Commercial Phones
      3 Current Private Phones
   Current Commercial Phone at address
      ███████ (T) - OLIVE SQUARE APARTMENTS
   Current Private Phones at address
      ███████ (MT) - FARROW, TERESA
      ███████ (MT) - JOHNSON, CHAD
   Subject's Phone
      NOT PUBLISHED - TURNBULL, ROBERT

✓ 2802 PLAINFIELD AVE, FLINT, MI 48506-1855 (GENESEE COUNTY) (10/03/1996 to Present)
Subdivision Name: ROLLINGWOOD VILLAGE
   1 Current Private Phone
   Subject's Phone
      ███████ (ET) - TURNBULL, ROBERT A JR

✓ 4501 N 40TH ST APT 202, PHOENIX, AZ 85018-3628 (MARICOPA COUNTY) (11/1999 to Present)
Subdivision Name: THREE FOUNTAINS
   Address contains: 40 apartments
      2 Current Commercial Phones
      3 Current Private Phones
   Current Commercial Phone at address
      ███████ (MT) - OLIVE SQUARE APARTMENTS
   Current Private Phones at address
      ███████ (MT) - FARROW, TERESA
      ███████ (MT) - JOHNSON, CHAD
   Subject's Phone
      NOT PUBLISHED - TURNBULL, ROBERT

[ + ] 22 MORE ADDRESSES [ - ] Collapse

2821 S 106TH ST APT 210, MILWAUKEE, WI 53227-3265 (MILWAUKEE COUNTY) (07/07/2012 to 11/12/2013)
   Address contains: 28 apartments
      6 Current Private Phones

1036 S 74TH ST, MILWAUKEE, WI 53214-3005 (MILWAUKEE COUNTY) (03/2010 to 09/29/2012)
Subdivision Name: WEST ALLIS LAND COMPANIES

9131 E KIMBERLY WAY, SCOTTSDALE, AZ 85255-5342 (MARICOPA COUNTY) (08/2001 to 12/2009)
Subdivision Name: CLIFFS AT IRONWOOD VILLAGE

1630 S TORRE MOLINOS CIR, TEMPE, AZ 85281-6112 (MARICOPA COUNTY) (09/1998 to 11/30/2009)
Subdivision Name: TORRE MOLINOS

25150 N WINDY WALK DR, SCOTTSDALE, AZ 85255-8103 (MARICOPA COUNTY) (07/2007 to 07/20/2007)

*[handwritten: updated address 11/14/13]*

Subdivision Name: BALLANTRAE RIDGE
  Address contains: 68 units
    2 Current Commercial Phones
    34 Current Private Phones
  Current Commercial Phones at address
    ██████████T) - BALLANTRAE
    ██████████T) - JACKIM LAW GROUP LLC

429 N 41ST PL, PHOENIX, AZ 85008-6417 (MARICOPA COUNTY) (10/09/2001 to 01/15/2004)
Subdivision Name: LANCASTER MANORS

2369 W HAZELWOOD ST, PHOENIX, AZ 85015-4040 (MARICOPA COUNTY) (02/1997 to 10/11/2003)
Subdivision Name: HEATHERGLEN CONDO AKA TANGL

905 JEFFERSON ST APT 602, KANSAS CITY, MO 64105-1308 (JACKSON COUNTY) (04/1989 to 10/28/2000)
Subdivision Name: COATES
  Address contains: 100 apartments
    1 Current Commercial Phone
    16 Current Private Phones
  Current Commercial Phone at address
    ██████████T) - QUALITY HILL TOWERS

4233 G W CT # 27, FLINT, MI 48532 (GENESEE COUNTY) (04/20/2000 to 04/20/2000)
4233 G W CT # 46, FLINT, MI 48532 (GENESEE COUNTY) (08/08/1999 to 08/08/1999)

1701 N VENTURA LN, TEMPE, AZ 85281-1454 (MARICOPA COUNTY) (08/14/1996 to 06/1999)
Subdivision Name: MARLBOROUGH PARK VILLAS AMD

4233 W COURT ST APT 27, FLINT, MI 48532-4318 (GENESEE COUNTY) (01/12/1995 to 12/1996)
Building Name: WEST COURT RANCHES
  Address contains: 51 apartments
    15 Current Private Phones

3901 N AVERILL AVE APT 8E, FLINT, MI 48506-2589 (GENESEE COUNTY) (08/22/1996 to 10/22/1996)
Building Name: AVERILL ARMS
  Address contains: 72 apartments
    23 Current Private Phones

1400 N ILLINOIS AVE LOT 65, CARBONDALE, IL 62901-5620 (JACKSON COUNTY) (01/28/1992 to 09/09/1996)
Building Name: CARBONDALE MOBILE HOME PARK
  Address contains: 475 lots, 4 suites
    1 Current Commercial Phone
    36 Current Private Phones
  Current Commercial Phone at address
    ██████████(CT) - THE CROSSINGS

7952 THOMPSON RD APT B, NORFOLK, VA 23518-3522 (NORFOLK CITY COUNTY) (12/1990 to 06/1995)
Subdivision Name: WILLARD COOK INC PROP
  Address contains: 2 apartments

4233 W G W CT # 27, FLINT, MI 48532 (GENESEE COUNTY) (01/12/1995 to 01/12/1995)
3742 RISEDORPH AVE, FLINT, MI 48506-3128 (GENESEE COUNTY) (04/1994 to 12/1994)
Subdivision Name: CATHY

705 W OCEAN VIEW AVE APT A, NORFOLK, VA 23503-1419 (NORFOLK CITY COUNTY) (09/1990 to 06/1992)
PO BOX 1, NORFOLK, VA 23511 (NORFOLK CITY COUNTY) (06/1990 to 06/1990)
705 W OCEAN VIEW AVE # 2, NORFOLK, VA 23503-1419 (NORFOLK CITY COUNTY) (01/1990 to 06/1990)
2614 RICHFIELD RD APT 67, FLINT, MI 48506-2315 (GENESEE COUNTY) (01/1990 to 01/1990)
USS KITTIWAKE FPO, NEW YORK, NY (04/1989 to 04/1989)