# EXHIBIT 7

Your Current Reference ID: NONE
1 result found for people who have used SSN ▮▮▮▮▮ the United States.


VIDEO E-TRAINING

**ROBERT ARTHUR TURNBULL III, 45 Years Old (Wisconsin, Arizona, Michigan, Virginia, Missouri, New York)**

| | | | |
|---|---|---|---|
| ROBERT ARTHUR TURNBULL III (12/01/1987 to 04/03/2014) <br> ROBERT ARTHUR TURNBULL (12/01/1987 to 04/03/2014) <br> ROBERT N TURNBULL III (12/01/1995 to 02/01/2009) <br> ROBERT ARTHUR TURNBULL II (06/01/1990) <br><br> **Other Observed Names** <br> ROBERTA J TURNBULL (12/01/1991 to 06/01/1992) <br><br> SSN ▮▮▮▮▮ [Copy] <br> Issued: MICHIGAN 1976 <br><br> **Date of Birth** <br> DOB: ▮▮▮▮▮ [Copy] <br> Age: 45 | **Relationship Diagram** <br> **Possible Relatives** <br> Michelle Reanne Mathews 06/1969 Age: 45 <br> Brenda Joyce Turnbull 08/1950 Age: 63 <br> Leida Turnbull 08/1913 Age: 100 Died at (76) <br> Robert Aj Turnbull 04/1946 Age: 68 <br><br> **Indicators** <br> Bankruptcies: None Found <br> Liens: None Found <br> Judgments: None Found <br> Utilities: 1 Found | **Cities** <br> Phoenix, AZ (02/1997 to 01/2014) <br> Scottsdale, AZ (08/2001 to 12/2009) <br> Tempe, AZ (05/1997 to 10/31/2008) <br> Flint, MI (07/1987 to 12/2007) <br> Kansas City, MO (04/1989) <br> New York, NY (04/1989) <br> Norfolk, VA (01/1990 to 06/1995) <br> Milwaukee, WI (03/2010 to 04/03/2014) <br><br> **Possible Other Phones** <br>  <br> ▮▮(T) (L) (100%) <br> ▮▮(T) (L) (84%) <br> ▮▮(CT) (M) (76%) <br> ▮▮(T) (41%) <br> ▮▮(T) (38%) <br> ▮▮(T) (32%) <br> ▮▮(T) (M) (30%) <br> ▮▮(ET) (25%) | **Counties** <br> Maricopa County, AZ (02/1997 to 01/2014) <br> Genesee County, MI (07/1987 to 12/2007) <br> Jackson County, MO (04/1989 to 04/1989) <br> Norfolk City County, VA (01/1990 to 06/1995) <br> Milwaukee County, WI (03/2010 to 04/03/2014) <br><br> **Possible Email Addresses** <br>  <br> Social Media   Run Search |

**Address History (321 of 21)**    [ Show Carriers ]

✓ **4501 N 40TH ST APT 202, PHOENIX, AZ 85018-3628 (MARICOPA COUNTY)** (11/1999 to Present)
Subdivision Name: THREE FOUNTAINS
   Address contains: 80 apartments
     1 Current Commercial Phone
     3 Current Private Phones
   Current Commercial Phone at address
     ▮▮▮▮▮ LIVE SQUARE APARTMENTS
   Current Private Phones at address
     ▮▮▮▮▮ FARROW, TERESA
     ▮▮▮▮▮ JOHNSON, CHAD
   Subject's Phone
     NOT PUBLISHED - TURNBULL, ROBERT

✓ **2802 PLAINFIELD AVE, FLINT, MI 48506-1855 (GENESEE COUNTY)** (02/1997 to Present)
Subdivision Name: ROLLINGWOOD VILLAGE
     1 Current Private Phone
   Subject's Phone
     ▮▮▮▮▮ TURNBULL, ROBERT A JR

**2821 S 106TH ST APT 210, MILWAUKEE, WI 53227-3265 (MILWAUKEE COUNTY)** (07/06/2012 to 06/16/2014)
   Address contains: 56 apartments
     5 Current Private Phones

[ + ] 18 MORE ADDRESSES [ - ] Collapse

**1036 S 74TH ST, MILWAUKEE, WI 53214-3005 (MILWAUKEE COUNTY)** (03/2010 to 08/2012)
Subdivision Name: WEST ALLIS LAND COMPANIES

**9131 E KIMBERLY WAY, SCOTTSDALE, AZ 85255-5342 (MARICOPA COUNTY)** (08/2001 to 12/2009)
Subdivision Name: CLIFFS AT IRONWOOD VILLAGE

**1701 N VENTURA LN, TEMPE, AZ 85281-1454 (MARICOPA COUNTY)** (05/1997 to 10/31/2008)
Subdivision Name: MARLBOROUGH PARK VILLAS AMD

**429 N 41ST PL, PHOENIX, AZ 85008-6417 (MARICOPA COUNTY)** (08/13/2008 to 08/13/2008)
Subdivision Name: LANCASTER MANORS

**3901 N AVERILL AVE, FLINT, MI 48506-2582 (GENESEE COUNTY)** (02/1996 to 12/2007)
Building Name: AVERILL ARMS
   Address contains: 144 apartments
     21 Current Private Phones

**25150 N WINDY WALK DR, SCOTTSDALE, AZ 85255-8103 (MARICOPA COUNTY)** (07/17/2007 to 07/17/2007)
Subdivision Name: BALLANTRAE RIDGE
   Address contains: 136 units
     2 Current Commercial Phones
     34 Current Private Phones
   Current Commercial Phones at address
     ▮▮▮▮▮ - BALLANTRAE
     ▮▮▮▮▮ - JACKIM LAW GROUP LLC

**1630 S TORRE MOLINOS CIR, TEMPE, AZ 85281-6112 (MARICOPA COUNTY)** (09/1998 to 09/01/1998)
Subdivision Name: TORRE MOLINOS

**2369 W HAZELWOOD ST, PHOENIX, AZ 85015-4040 (MARICOPA COUNTY)** (02/1997 to 06/1997)
Subdivision Name: HEATHERGLEN CONDO AKA TANGL

4233 W COURT ST APT 27, FLINT, MI 48532-4318 (GENESEE COUNTY) (01/1995 to 12/1996)
Building Name: **WEST COURT RANCHES**
  Address contains: 102 apartments
    **12 Current Private Phones**

7952 THOMPSON RD APT B, NORFOLK, VA 23518-3522 (NORFOLK CITY COUNTY) (12/1990 to 06/1995)
Subdivision Name: **WILLARD COOK INC PROP**
  Address contains: 4 apartments
    **1 Current Private Phone**
Current Private Phone at address
  ▓▓▓▓▓▓▓▓▓ T) - SCOTT, VALINA

3742 RISEDORPH AVE, FLINT, MI 48506-3128 (GENESEE COUNTY) (04/1994 to 12/1994)
Subdivision Name: **CATHY**

705 W OCEAN VIEW AVE # A, NORFOLK, VA 23503-1419 (NORFOLK CITY COUNTY) (09/1990 to 06/1992)

2614 RICHFIELD RD, FLINT, MI 48506-2315 (GENESEE COUNTY) (07/1987 to 12/1990)

PO BOX 1, NORFOLK, VA 23511 (NORFOLK CITY COUNTY) (06/1990 to 06/1990)

705 W OCEAN VIEW AVE # 2, NORFOLK, VA 23503-1419 (NORFOLK CITY COUNTY) (01/1990 to 06/1990)

2614 RICHFIELD RD # 67, FLINT, MI 48506-2315 (GENESEE COUNTY) (01/1990 to 01/1990)

905 JEFFERSON ST APT 602, KANSAS CITY, MO 64105-1308 (JACKSON COUNTY) (04/1989 to 04/1989)
Subdivision Name: **COATES**
  Address contains: 200 apartments
    **1 Current Commercial Phone**
    **12 Current Private Phones**
Current Commercial Phone at address
  ▓▓▓▓▓▓▓▓▓ **QUALITY HILL TOWERS**

USS KITTIWAKE FPO, NEW YORK, NY (04/1989 to 04/1989)